UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    HAROLD K. COHEN          :    Bankruptcy No. 13-13054
                                   :
          Debtor                   :    Chapter 7

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE,
AND HEARING DATE**

Chapter 7 Trustee, Robert H. Holber, Esquire, has filed Motion of Chapter 7 Trustee To Dismiss Debtor's Bankruptcy Case with the court.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 13, 2013, you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at:

UNITED STATES BANKRUPTCY COURT
The Madison Building
Suite 400
900 Market Street
Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the dates stated above; and

(b) mail a copy to the Chapter 7 Trustee:

Robert H. Holber, Esquire
41 East Front Street
Media, Pa  19063
(610) 565-5463
(610) 565-5474

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable

Jean K. FitzSimon on September 18, 2013 at 11:00 a.m., Courtroom #3, in the United States Bankruptcy Court, Suite 400, 900 Market Street, Philadelphia, PA  19107.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the Trustee named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2845 to find out whether the hearing has been canceled because no one filed an answer.

Date: August 12, 2013